UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 21-CV-21749-DPG

JAHNIKA T. SMITH,

      Plaintiff,

vs.

FLORIDA DEPARTMENT OF CORRECTIONS, an Agency of the State of Florida, the SOUTH FLORIDA RECEPTION CENTER, an entity of the State of Florida, FRANCISCO J. ACOSTA (Individually, and in his official capacity as Warden of South Florida Reception Center), NATHAN A. POLLOCK (Individually, and in his official capacity as Colonel Correctional Officer at South Florida Reception Center), QUIANA S. PALACIOS (Individually, and in her official capacity as a Training Correctional Officer at South Florida Reception Center), and ANGEL K. GHOLSTON, (Individually, and in her official capacity as Captain at South Florida Reception Center),

      Defendants,
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, JAHNIKA T. SMITH and Defendants, FLORIDA DEPARTMENT OF CORRECTIONS ("FDOC"), SOUTH FLORIDA RECEPTION CENTER ("SFRC"), FRANCISCO J. ACOSTA ("ACOSTA"), NATHAN A. POLLOCK ("POLLOCK"), QUIANA S. PALACIOS ("PALACIOS"), and ANGEL K. GHOLSTON ("GHOLSTON"), (hereinafter referred to collectively as "Defendants"), by and through their undersigned counsel, hereby stipulate to the dismissal of this action with prejudice with each party to bear their own

attorney's fees, expenses and costs. The Parties hereby further stipulate that the Court shall retain jurisdiction to enforce the Settlement Agreement entered into by the Parties.

Respectfully submitted,

| | |
|---|---|
| **WHITELOCK & ASSOCIATES, P.A.** <br> 300 Southeast Thirteenth Street <br> Ft. Lauderdale, Florida 33316 <br> Telephone: (954) 463-2001 <br> Email: cjw@whitelocklegal.com <br> Email: mac@whitelocklegal.com <br> *Counsel for Defendants* | **REMER, GEORGES-PIERRE & HOOGERWOERD, PLLC** <br> 2745 Ponce De Leon Blvd. <br> Coral Gables, Florida 33134 <br> Telephone: (305) 416-5000 <br> Email: pmh@rgpattorneys.com <br> *Counsel for Plaintiff* |
| *s/ Christopher J. Whitelock* <br> CHRISTOPHER J. WHITELOCK <br> Florida Bar No.: 0067539 <br> MEREDITH A. CHAIKEN <br> Florida Bar No.: 87927 | *s/ Peter M. Hoogerwoerd* <br> PETER M. HOOGERWOERD <br> Florida Bar No.: 188239 |
| DATED: November 1, 2022 | DATED: November 1, 2022 |

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 1, 2022, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

s/Christopher J. Whitelock <br> CHRISTOPHER J. WHITELOCK

**SERVICE LIST**

Peter M. Hoogerwoerd, Esq.
Remer & Georges-Pierre, PLLC
44 West Flagler Street, Suite 2200
Miami, FL  33130
e-mail:  pmh@rgpattorneys.com

Caroline H. Miller, Esq.
Derek Smith Law Group, PLLC
701 Brickell Ave., Suite 1310
Miami, FL  33131
e-mail:  caroline@dereksmithlaw.com
brett@dereksmithlaw.com

Brett D. Kaplan, P.A.
201 Ludlam Road, #704
Miami, FL  33155
(954) 529-8328
e-mail:  brett@bkaplaw.com